PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Court of Record be, and the same is hereby affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

---

GRAND LODGE OF THE KNIGHTS OF PYTHIAS OF NORTH AMERICA, SOUTH AMERICA, EUROPE, ASIA, AFRICA, AUSTRALIA, JURISDICTION OF FLORIDA, A CORPORATION, *Plaintiff in Error*, v. NONA L. STURRUP, NEE JACKSON, JOINED BY HENRY STURRUP, HER HUSBAND AND NEXT FRIEND, *Defendants in Error*.

Division B.

Decision Filed October 14, 1924.

A Writ of Error to the Circuit Court for Dade County; C. L. Wilson, Judge.

*R. F. Burdine,* for Plaintiff in Error;

*M. S. Bobst,* for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the judgment herein, and briefs and argument of counsel

for the respective parties, and the record having been seen and inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court that there is no error in the said judgment; it is, therefore, considered, ordered and adjudged by the Court that the said judgment of the Circuit Court be, and the same is hereby, affirmed.

WHITFIELD, P. J., AND WEST AND TERRELL, J. J., concur.

---

G. B. SAWYERS, TRADING UNDER THE STYLE OF THE G. B. SAWYERS COMPANY, *Plaintiff in Error*, v. THE BOARD OF PUBLIC INSTRUCTION, FOR THE COUNTY OF PUTNAM, STATE OF FLORIDA, A CORPORATION, *Defendant in Error*.

Division B.

Decision Filed October 17, 1924.

Petition for Rehearing Denied December 13, 1924.

A Writ of Error to the Circuit Court for Putnam County; S. J. Hilburn, Referee.

*Thos. B. Dowda* and *J. J. Canon*, for Plaintiff in Error;

*J. N. Blackwell* and *Walton & Dineen*, for Defendant in Error.

PER CURIAM.—In an action to recover $1,000.00 that accompanied a bid for bonds accepted on condition that the bonds be approved by a named attorney, it appears that the bonds were not approved by the attorney, yet judgment was by the referee rendered for the defendant upon